# Clifford Chance

Direct Dial:
E-mail: anthony.candido@cliffordchance.com

**BY ECF**

Honorable George B. Daniels
United States District Judge, SDNY
United States Courthouse
500 Pearl St
New York, NY 10007

January 20, 2026

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JAN 2 1 2026

Re:   Angelica Capital Trust v. ARC et al, 26 Civ. 241 (GBD)

Your Honor:

Petitioner Angelica Capital Trust ("Angelica") files this Motion seeking an order permitting redaction of certain information that Respondents assert to be confidential in the following documents filed with the Court in this Action:

   i. Amended Petition;

   ii. Memorandum of Law in Support of Petitioner Angelica Capital Trust's Amended Petition for a Temporary Restraining Order and Injunction in Aid of Arbitration;

   iii. Memorandum of Law in Support of Petitioner's Motion or Contempt, Sanctions, and Other Remedies; and

   iv. Declaration of Anthony M. Candido, dated January 20, 2026 ("Candido Decl.") and accompanying exhibits.

Those filings reference certain information that Petitioner's counsel obtained from Respondent Addiction Recovery Care LLC's ("ARC") general counsel based on an agreement that such information would "not be filed on the public docket in the pending SDNY case (unless obtained by Angelica by some other means)," although Angelica expressly reserved all other rights

**Clifford Chance US LLP**
Two Manhattan West · 375 9th Avenue · New York, NY 10001
Tel +12128788000 · cliffordchance.com

1

# Clifford Chance

Clifford Chance US LLP

and did "not agree[] any other use restriction, *e.g.*, it may file such information under seal in the SDNY case, or . . . Angelica may refer to the information in open court during argument on the 21st." (Candido Decl.¶ 8, Ex. 8.) Angelica understands that ARC asserts that the information produced to Angelica is confidential business information; the information includes transaction entries in ARC's bank accounts and a snapshot summary of the financial position of ARC and ARC's subsidiaries. But, as detailed in Angelia's filings, this information also establishes that ARC violated the Court's temporary restraining order [ECF No. 14] and is the basis for Angelica's request for injunctive relief against ARC's subsidiaries and its Motion for Contempt, Sanctions, and Other Remedies to address ARC's contumacious conduct.

Documents may be sealed "only with specific, on-the-record findings that sealing is necessary to preserve higher values and only if the sealing order is narrowly tailored to achieve that aim." *Valassis Commc'ns, Inc. v. News Corp.*, No. 17-CV-7378 (PKC), 2020 WL 2190708, at *1 (S.D.N.Y. May 5, 2020) (citing *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006)). To that end, "a court must determine: (1) whether the document subject to a sealing request qualifies as a judicial document; (2) the weight of the presumption of public access attaching to that judicial document; and (3) if any countervailing factors or higher values outweigh the right of public access to that judicial document." *Valassis Commc'ns, Inc.* 2020 WL 2190708, at *1 (S.D.N.Y. May 5, 2020).

These documents are judicial documents, because the documents are filed in connection with Angelica's request for injunctive relief against ARC's subsidiaries and its Motion for Contempt, Sanctions, and Other Remedies to address ARC's contumacious conduct. Judicial documents enjoy a presumption of at least some degree of public access. *Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019) ("As explained above, the proper inquiry is whether the documents are relevant to the performance of the judicial function, not whether they were relied upon."). However, Angelica agreed not to file the information proposed to be redacted and understands that Respondents assert that such information is confidential to its business and likely would contend

# Clifford Chance

Clifford Chance US LLP

that disclosure is not in the public interest. The proposed redactions are narrowly tailored to cover only such information.

Respectfully submitted,

Anthony M. Candido
Julia A. Krusen

*Attorneys for Petitioner*
*Angelica Capital Trust*

cc:  All Counsel of Record (*via* ECF)