UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

ANGELICA CAPITAL TRUST,

                         Petitioner,

         -against-

ADDICTION RECOVERY CARE LLC, et al.,

                        Respondents.

------------------------------------------X

ORDER

26 Civ. 241 (GBD)

GEORGE B. DANIELS, United States District Judge:

Pursuant to this Court's preliminary injunction issued on January 22, 2026, (ECF No. 64,) Respondents and non-party Truist Bank shall not transfer, cause to be transferred, or take any action to transfer the $4,706,872.75 currently deposited in the Truist Bank Corporate Trust and Escrow account ending in 8015 (the "Escrow Account") during the pendency of this action without further order of this Court.

Respondents are further ordered to provide to Petitioner updates on the Escrow account balance each business day to ensure the funds have not been dissipated. Respondents shall serve this order on Truist Bank by January 29, 2026 at 5 o'clock p.m.

Dated: New York, New York
       January 29, 2026

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge