UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Angelica Capital Trust

Plaintiff(s)

- v -

Addiction Recovery Care LLC, et al.

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:26-cv-00241 (GBD)

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Addiction Recovery Care LLC,

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

Addiction Recovery Care, LLC has no parent corporation

Subsidiaries owned 100% by Addiction Recovery Care, LLC:
Pioneer Health Group LLC
Science Hill Family Care d/b/a Pioneer Rural Health Clinic
London Valu Rite Pharmacy d/b/a South Creek Drug
ARC Health Systems LLC d/b/a Bellefonte Hospital and Recovery Center
Second Chance Enterprises, LLC
Main Street Industries, LLC
Robinson Farm LLC
Shelton Robinson Properties, LLC

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Addiction Recovery Care, LLC is a Kentucky entity with a principal place of business in Kentucky.
Tim and Lelia Robinson are residents of Kentucky.

The subsidiaries that are owned 100% by Addiction Recovery Care, LLC are also Kentucky entities with principal places of business in Kentucky:
Pioneer Health Group LLC
Science Hill Family Care d/b/a Pioneer Rural Health Clinic
London Valu Rite Pharmacy d/b/a South Creek Drug
ARC Health Systems LLC d/b/a Bellefonte Hospital and Recovery Center
Second Chance Enterprises, LLC
Main Street Industries, LLC
Robinson Farm LLC
Shelton Robinson Properties, LLC

1/29/26
Date

/s/ Torrey K. Young
Signature of Attorney

5768239
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022