**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANGELICA CAPITAL TRUST,                          :

        Petitioner,    :

             :     ORDER

  -against-                                      :

             :   26 Civ. 241 (GBD)

ADDICTION RECOVERY CARE LLC, et al.,    :

             :

        Respondents.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, United States District Judge:

In light of this Court's Memorandum Decision and Order placing this case on the suspense docket pending arbitration, (ECF No. 113,) the hearing, currently scheduled for March 5, 2026, is cancelled.

Dated: New York, New York
   March 2, 2026

           SO ORDERED.

           *George B. Daniels*

           GEORGE B. DANIELS
           United States District Judge