**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANGELICA CAPITAL TRUST, <br><br> *Petitioner*, <br><br> -against- <br><br> ADDICTION RECOVERY CARE LLC, TIM ROBINSON, and LELIA ROBINSON, <br><br> *Respondents.* | No. 26-cv-00241 |

<u>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**</u>

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Jeffrey M. Eilender dated June 4, 2026, Schlam Stone & Dolan LLP and attorneys Jeffrey Eilender, Richard Dolan, and John Moore will move this Court before the Honorable George B. Daniels of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007 on a date and time to be set by this Court, for an order:

1. Under Local Civil Rule 1.4(b) granting leave to withdraw as counsel to Addiction Recovery Care LLC, Tim Robinson, and Lelia Robinson (collectively, "Respondents") in the above-captioned matter;

2. Modifying this Court's prior order (ECF No. 82) to provide that Respondents do not need to provide Angelica Capital Trust ("Petitioner") with further daily updates on the Escrow Account balance provided that Petitioner retains the ability to view the Escrow Account balance at will; and

3. For such other and further relief as this Court may find just and proper.

Dated: June 4, 2026
  New York, New York

          **SCHLAM STONE & DOLAN LLP**

By:  /s/ Jeffrey M. Eilender   

    Jeffrey M. Eilender
    26 Broadway
    New York, New York 10004
    Telephone: (212) 344-5400
    jeilender@schlamstone.com

    *Attorneys for Respondents Addiction Recovery Care*
    *LLC, Tim Robinson, and Lelia Robinson*

2