**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANGELICA CAPITAL TRUST,<br><br>*Petitioner*,<br><br>-against-<br><br>ADDICTION RECOVERY CARE LLC, TIM ROBINSON, and LELIA ROBINSON,<br><br>*Respondents.* | No. 26-cv-00241 |

**DECLARATION OF JEFFREY M. EILENDER IN SUPPORT OF**
**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

JEFFREY M. EILENDER, an attorney duly admitted to the practice of law before the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am Managing Partner at the law firm Schlam Stone & Dolan LLP, counsel to Addiction Recovery Care LLC ("ARC"), Tim Robinson, and Lelia Robinson (collectively, "Respondents") in the above-captioned matter. Unless otherwise specified, the matters below are based on my personal knowledge or a review of my firm's files.

2. I respectfully submit this Declaration pursuant to Local Civil Rule 1.4(b) in support of my request for leave to withdraw Schlam Stone & Dolan LLP and its attorneys of record, Jeffrey Eilender, Richard Dolan, and John Moore, as attorneys for Respondents.

3. Respondents have not been complying with the terms of our engagement, which require that fees and disbursements be paid in full within 30 days of invoicing. Respondents currently owe this firm nearly $75,000 for legal work performed in this matter and in the matter captioned *Clear Cove Opportunities Fund I, LLC v. Addiction Recovery Care LLC, et al.*,

(S.D.N.Y. 26-cv-01083). A significant portion of that sum has been outstanding for months. Repeated attempts to obtain payment of this firm's invoices have proved unsuccessful.

4.      These unpaid fees are grounds for withdrawal because "[c]ourts have long recognized that a client's continued refusal to pay legal fees constitutes a 'satisfactory reason' for withdrawal under Local Rule 1.4." *Team Obsolete Ltd. v. A.H.R.M.A. Ltd*., 464 F.Supp.2d 164, 166 (E.D.N.Y. 2006); *see also Thekkek v. LaserSculpt, Inc.,* 2012 WL 225924, at *2 (S.D.N.Y. Jan. 23, 2012) ("it is firmly established that non-payment of legal fees is a valid basis for granting a motion to withdraw pursuant to Local Rule 1.4.") (*citing Blue Angel Films, Ltd. v. First Look Studios, Inc.,* 2011 WL 672245, at *1 (S.D.N.Y. Feb. 17, 2011)). Requiring this firm to continue representing Respondents without compensation would pose a hardship for the firm.

5.      Further, no party will be prejudiced by Schlam Stone's withdrawal as this Court has already placed the case on the suspense docket pending arbitration (ECF No. 113). To the extent this matter is removed from the suspense docket, to protect Respondents' rights, we also seek a stay of this matter for 30 days after this Court removes the case from the suspense docket so that Respondents can obtain new counsel. Such stays are routinely granted upon withdrawal of counsel. *See, e.g.*, *Team Obsolete Ltd.*, 464 F.Supp.2d at 167; *Terry v. Incorporated Village of Patchogue,* 2007 WL 2071557, at *2 (E.D.N.Y. July 16, 2007) (action stayed for 30 days "to permit plaintiff to secure other counsel or proceed on his own behalf without counsel").

6.      I believe in good faith that the Court will find the existence of good cause for withdrawal.

7.      In addition, by order dated January 29, 2026, this Court directed Respondents to provide Petitioner updates on the Escrow Account balance each business day to ensure that the funds have not been dissipated (ECF No. 82). Respondents' counsel has provided Petitioner

updates on the Escrow Account balance each business day since the Court's order. In addition, Respondents and Truist Bank have provided Petitioner's counsel with credentials to view the Escrow Account balance at will. With counsel's anticipated withdrawal from this matter, we also request that the Court order that Respondents do not need to provide Petitioner with further daily updates on the Escrow Account balance provided that Petitioner retains the ability to view the Escrow Account balance at will.

8. We are serving this motion upon Respondents by email, and by overnight courier (via Federal Express) at the following addresses:

> Addiction Recovery Care LLC
> 860 Geoghegan Road
> Shelbyville, KY 40065
> jessica.burke@arccenters.com
> nathan.martin@arccenters.com
>
> Tim and Lelia Robinson
> 191 Vaughn Road
> Louisa, KY 41230
> tim.robinson@arccenters.com
> lelia.robinson@arccenters.com

9. Wherefore, I respectfully request that this motion be granted, and for such other and further relief as the Court may find just and proper.

Dated: June 4, 2026
New York, New York

**SCHLAM STONE & DOLAN LLP**

By:   /s/ Jeffrey M. Eilender

Jeffrey M. Eilender
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
jeilender@schlamstone.com

*Attorneys for Respondents Addiction Recovery Care LLC, Tim Robinson, and Lelia Robinson*

3