**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ANGELICA CAPITAL TRUST,                                        :
                                                               :
                              Petitioner,                      :
                                                               :                    ORDER
          -against-                                            :
                                                               :               26 Civ. 241 (GBD)
ADDICTION RECOVERY CARE LLC, et al.,                           :
                                                               :
                              Respondents.                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, United States District Judge:

For consideration of the outstanding motion to withdraw as counsel, (ECF No. 120,) this

Court hereby orders counsel for Respondents to file a letter on the docket within thirty (30) days

stating (1) whether Respondents consent to their withdrawal, (2) whether the Respondents that are

artificial entities intend to seek new counsel, and (3) whether the individual Respondents intend to

proceed *pro se* if this Court grants the motion to withdraw.  Respondents' counsel must also inform

Respondents that artificial entities cannot proceed *pro se*.  *See RGI Brands LLC v. Cognac Brisset-*

*Aurige, S.a.r.l.*, No. 12 Civ. 1369 (LGS) (AJP), 2013 WL 1668206, at *4 (S.D.N.Y. Apr. 18, 2013),

*R. & R. adopted*, 2013 WL 4505255 (S.D.N.Y. Aug. 23, 2013).


Dated: June 9, 2026
       New York, New York

                                                    SO ORDERED.

                                                    *George B. Daniels*
                                                    GEORGE B. DANIELS
                                                    United States District Judge