John Moore
Partner

212-612-0667
jmoore@schlamstone.com

Schlam Stone
&Dolan | LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400    Fax: 212 612-1226

July 9, 2026

VIA CM/ECF
Hon. George B. Daniels
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Angelica Capital Trust v. Addiction Recovery Care LLC et al*
       26-cv-00241-GBD

Dear Judge Daniels:

This firm represents Respondents Addiction Recovery Care LLC ("ARC"), Tim Robinson, and Leila Robinson in this matter. As the Court is aware, on June 4, 2026, this firm moved for leave to withdraw as counsel in this matter (ECF Nos. 120–21). By order dated June 9, 2026, this Court requested additional information regarding that motion (ECF No. 124). I write today to provide the Court with that information.

First, Respondents consent to this firm's withdrawal as their attorneys in this matter.

Second, ARC intends to seek new counsel as required.

Third, I am informed that it is uncertain at this time whether Tim and Lelia Robinson intend to proceed pro se if the motion to withdraw is granted or if they will hire new counsel.

I have also, per the Court's direction, informed Respondents that ARC, as an artificial entity, cannot proceed pro se in this matter.

Thank you very much for your time and attention to this matter.

Respectfully,

John Moore