**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

ANGELICA CAPITAL TRUST,

Petitioner,

-against-

ADDICTION RECOVERY CARE LLC, TIM ROBINSON, LELIA ROBINSON, ARC HEALTH SYSTEMS, LLC, LONDON VALU RITE PHARMACY, INC., PIONEER HEALTH GROUP LLC, SCIENCE HILL FAMILY CARE, LLC, SPRINGFIELD PIONEER RURAL HEALTH CLINIC, LLC, MILLARD COLLEGE LLC, MAIN STREET INDUSTRIES, LLC, SECOND CHANCE ENTERPRISES, LLC, ROBINSON FARM, LLC,[1] DESTINY WORKFORCE SOLUTIONS LLC,[2] and SHELTON ROBINSON PROPERTIES LLC,

Respondents.

26 Civ. 241 (GBD)

**NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD**

PLEASE TAKE NOTICE THAT, upon the Declaration of Anthony M. Candido, the exhibit thereto, and Petitioner Angelica Capital Trust's Memorandum of Law in Support of Its Motion to Confirm Arbitration Award, Petitioner Angelica Capital Trust will move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time designated by the Court, for an Order entering judgment jointly and severally against all Respondents (i) recognizing and confirming the Amended Award of Arbitrator, dated August 4, 2026, in the arbitration captioned *Angelica Capital Trust v. Addiction Recovery Care, LLC, et. al.*, No. 01-26-0000-1528,

1 "Robinson Farm LLC" is misnamed in the caption as "Robinson Farm, LLC."

2 "Destiny Workforce Solutions, LLC" is misnamed in the caption as "Destiny Workforce Solutions LLC."

before the American Arbitration Association, Commercial Arbitration Tribunal; and (ii) entering judgment in favor of Petitioner and against all Respondents jointly and severally in the amount of $8,146,277.11, plus attorneys' fees and costs of collection in the amount of $1,683,472.58, *i.e.*, for a total of $9,829,749.66, and contractual default interest of 18% on all amounts owed running from December 12, 2025 to the date of judgment; (iii) awarding post-judgment interest on all amounts owed at the contractual default interest rate of 18%; (iv) awarding Petitioner attorneys' fees and other expenses incurred in connection with this motion; and (v) awarding such other and further relief as the Court deems just and proper.

Dated: August 12, 2026

Respectfully submitted,

Anthony M. Candido
Dae Young Kim
CLIFFORD CHANCE US LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 878-3140
anthony.candido@cliffordchance.com

*Attorneys for Petitioner*
*Angelica Capital Trust*