**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANGELICA CAPITAL TRUST,

Petitioner,

v.

ADDICTION RECOVERY CARE LLC, TIM ROBINSON, LELIA ROBINSON, ARC HEALTH SYSTEMS, LLC, LONDON VALU RITE PHARMACY, INC. (D/B/A SOUTH CREEK DRUG), PIONEER HEALTH GROUP LLC, SCIENCE HILL FAMILY CARE, LLC (D/B/A PIONEER RURAL HEALTH CLINIC, PIONEER RURAL HEALTH CLINIC LOUISA, and RIVERVIEW RURAL HEALTH CLINIC), SPRINGFIELD PIONEER RURAL HEALTH CLINIC, LLC, MILLARD COLLEGE LLC, MAIN STREET INDUSTRIES, LLC, SECOND CHANCE ENTERPRISES, LLC, ROBINSON FARM, LLC, DESTINY WORKFORCE SOLUTIONS LLC, SHELTON ROBINSON PROPERTIES LLC, and DOES 1-100,

Respondents.

No. 2:26-cv-00241 (GBD) (GS)

**DECLARATION OF DANIEL C. GREEN IN SUPPORT OF CLEAR COVE OPPORTUNITIES FUND I LLC'S RENEWED MOTION, BROUGHT BY ORDER TO SHOW CAUSE, FOR LEAVE TO INTERVENE IN ORDER TO SUBMIT (1) A LIMITED OPPOSITION TO PETITIONER ANGELICA CAPITAL TRUST'S MOTION TO CONFIRM ARBITRATION AWARD AND (2) A CROSS-MOTION TO EXTEND THE EXISTING PRELIMINARY INJUNCTION**

DANIEL C. GREEN hereby declares under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a shareholder of Vedder Price P.C., counsel for prospective intervenor Clear Cove Opportunities Fund I LLC ("Clear Cove").

2. I submit this Declaration in support of Clear Cove's Motion, brought by Order to Show Cause, for leave to Intervene in Order to Submit (1) A Limited Opposition to Petitioner Angelica Capital Trust's Motion to Confirm Arbitration Award and (2) A Cross-Motion to Extend the Existing Preliminary Injunction.

3. I base this Declaration upon my own personal knowledge.

4. Annexed as **Exhibit 1** hereto is a true and correct copy of a letter dated July 26, 2026, which was transmitted to me via e-mail on July 27, 2026 by Anthony Candido of Clifford Chance US LLP, counsel for Petitioner Angelica Capital Trust ("Angelica").

5. Annexed as **Exhibit 2** hereto is a true and correct copy of the stipulated judgment between Clear Cove, Addiction Recovery Care LLC and Tim Robinson submitted to the Court for approval in the Southern District of New York action *Clear Cove Opportunities Fund I LLC v. Addiction Recovery Care LLC*, No. 1:26-cv-01083-MKV, ECF Doc. Nos. 60-63.

6. Annexed as **Exhibit 3** hereto is a true and correct copy of the criminal indictment against Timmy G. Robinson, Jr. a/k/a Tim Robinson in the Eastern District of Kentucky action *United States v. Robinson*, No. 0:26-cr-00033-DLB-EBA, at ECF Doc No. 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2026.

/s/*Daniel C. Green*

Daniel C. Green