Clifford Chance

Direct Dial:
E-mail: anthony.candido@cliffordchance.com

**BY EMAIL** January 25, 2026

Daniel C. Green, Esq.
Vedder
1633 Broadway, 31st Floor
New York, NY 10019

Re: Notice of Arbitration Award
*Angelica Capital Trust v. Addiction Recovery Care LLC et al.*, 26 Civ. 241 (GBD)

Dear Mr. Green:

I write on behalf of Petitioner Angelica Capital Trust ("Angelica") pursuant to the Court's February 24, 2026 Order [ECF No. 113] (the "Order") in the above-referenced action (the "Action") to inform Clear Cove Opportunity Fund I LLC that an arbitration award issued in Angelica's favor today against Addiction Recovery Care LLC and the other Defendants in the Action that would result in the distribution of the Restrained Funds (as defined in the Order).

Sincerely,

Anthony M. Candido

cc: John Moore, Esq (Counsel to Defendants), by email (jmoore@schlamstone.com)