Clifford Chance

Direct Dial: +1 212 878 3140
E-mail: anthony.candido@cliffordchance.com

**BY ECF** September 18, 2026

Honorable George B. Daniels
United States District Judge, SDNY
United States Courthouse
500 Pearl St
New York, NY 10007

Re: Settlement between Angelica Capital Trust and Clear Cove Opportunities Fund I
*Clear Cove Opportunities Fund I v. Addiction Recovery Care LLC et al.*, 26 Civ. 1083 (GBD)
*Angelica Capital Trust v. Addiction Recovery Care LLC et al.*, 26 Civ. 241 (GBD)

Your Honor:

I write jointly on behalf of Angelica Capital Trust ("Angelica") and Clear Cove Opportunities Fund I ("Clear Cove") to inform the Court that Angelica and Clear Cove have agreed to a settlement relating to *Clear Cove Opportunities Fund I v. Addiction Recovery Care LLC et al.*, 26 Civ. 1083 (GBD) (the "*Clear Cove* Action" or "*Clear Cove*") and *Angelica Capital Trust v. Addiction Recovery Care LLC et al.*, 26 Civ. 241 (GBD) (the "*Angelica* Action" or "*Angelica*," and together with the *Clear Cove* Action the "Actions"). We believe that the consequence of that agreement will be to conclude the Actions, and Angelica and Clear Cove jointly and respectfully request the Court take certain actions described below to effect that result.

***First***, Clear Cove withdraws any previously stated opposition to Angelica's pending Motion to Confirm in the *Angelica* Action [*Angelica*, ECF No. 126; *see also Angelica*, ECF Nos. 127-130]. Respondents Tim Robinson ("Robinson"), Addiction Recovery Care LLC ("ARC") and various ARC affiliates did not interpose any opposition to that motion. Clear Cove and Angelica jointly respectfully request that the Court grant that motion in its entirety and issue judgment in the form requested in that motion [*Angelica*, ECF No. 129].

***Second***, Angelica withdraws any previously stated opposition to Clear Cove's motion in the *Clear Cove* Action to enter judgment against ARC under Fed. R. Civ. 54(b) [*Clear Cove*, ECF No. 60]. The proposed judgment was stipulated to by Clear Cove and ARC/Robinson and,

accordingly, neither ARC nor Robinson has ever interposed any objection to entry of judgment. Clear Cove and Angelica jointly respectfully request that the Court grant Clear Cove's pending Motion to Reconsider [*Clear Cove*, ECF No. 69] in its entirety and issue judgment in the form requested in that motion.

***Third***, Clear Cove will be filing a motion to withdraw and dismiss all claims against Angelica. Clear Cove and Angelica jointly respectfully request that the Court grant that motion.

***Fourth***, the only remaining issue is the treatment of the funds restrained by the Court by order to ARC and Truist Bank (the "Restrained Funds"). [*See Angelica*, ECF No. 111.] The Restrained Funds were restrained in aid of Angelica's arbitration against ARC (which is the subject of Angelica's Motion to Confirm, *see supra*) and were the subject of the now-settled claim that Clear Cove brought against Angelica in the *Clear Cove* Action. We understand that the ARC account at Truist Bank with the Restrained Funds (Account No. [redacted]3069) holds $4,706,872.75. As partial enforcement of the judgments requested by Angelica and Clear Cove *supra*, Clear Cove and Angelica jointly respectfully request that the Court order ARC and Truist Bank to transfer the Restrained Funds as directed by Angelica and Clear Cove and in accordance with any wire instructions provided by them as follows (i) $3,605,154.56 of the Restrained Funds as directed by Angelica; and (ii) $1,101,718.19 of the Restrained Funds as directed by Clear Cove.

We respectfully thank the Court for its assistance in these cases and are available to answer any questions the Court may have about the resolution of these matters.

Respectfully submitted,

______________________________

Anthony M. Candido

CLIFFORD CHANCE US LLP
*Attorneys for*
*Angelica Capital Trust*

cc: All Counsel of Record (*via* ECF)