**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x

ANGELICA CAPITAL TRUST,

Petitioner,

-against-

ADDICTION RECOVERY CARE LLC, et al.,

Respondents.

---------------------------------------- X

**JUDGMENT**

26 Civ. 241 (GBD)

GEORGE B. DANIELS, United States District Judge:

WHEREAS, Petitioner Angelica Capital Trust brought a motion to confirm an Amended Award of Arbitrator, dated August 4, 2026, issued by an arbitrator in an arbitration that Petitioner brought against each of the Respondents captioned *Angelica Capital Trust v. Addiction Recovery Care, LLC, et. al.*, No. 01-26-0000-1528, before the American Arbitration Association, Commercial Arbitration Tribunal; and

WHEREAS, the Court confirms the Amended Award;

It is hereby ORDERED, ADJUDGED, and DECREED that:

The Amended Award is confirmed and Angelica Capital Trust have judgment against each of Addiction Recovery Care LLC; Tim Robinson; Lelia Robinson; ARC Health Systems, LLC; London Valu Rite Pharmacy, Inc.; Pioneer Health Group LLC; Science Hill Family Care, LLC; - 1 - Springfield Pioneer Rural Health Clinic, LLC; Millard College LLC; Main Street Industries, LLC; Second Chance Enterprises, LLC; Robinson Farm LLC; Destiny Workforce Solutions, LLC; and Shelton Robinson Properties LLC, jointly and severally (i) in the liquidated amount of $9,829,749.69, plus (ii) pre-judgment interest of 18% per annum running from December 12, 2025 to the date of this Judgment; plus (iii) Angelica's costs and disbursements

associated with the Motion; plus (iv) post judgment interest of 18% on the amounts set forth in (i) and (iii) *supra* until this Judgment is paid in full.

This Court finds that there is no just reason for delay of entry of this Judgment pursuant to Federal Rule of Civil Procedure 54(b). The automatic stay contemplated by Federal Rule of Civil Procedure 62(a) is hereby dissolved. Petitioner may immediately enforce this Judgment upon its entry and may pursue all enforcement remedies available at law or in equity.

The Clerk of Court is directed to close the open motions and this case.

Dated: September 23, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge