**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x

ANGELICA CAPITAL TRUST,

Petitioner,

-against-

ADDICTION RECOVERY CARE LLC, et al.,

Respondents.

------------------------------------------ x

ORDER

26 Civ. 241 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of the Confirmation of the Arbitration Award, (ECF No. 136,) and Clear Cove Opportunities Fund I LLC's and Petitioner Angelica Capital Trust's ("Angelica") agreement to settle their dispute, (ECF No. 135,) Angelica shall receive $3,605,154.56 of the funds restrained by this Court and currently deposited in a Truist Bank Corporate Trust and Escrow account. (*See* ECF Nos. 111, 135.) Respondent Addiction Recovery Care LLC and Truist Bank shall transfer those funds as directed by Angelica and in accordance with any wire instructions they provide.

The Clerk of Court is directed to close the open motion at ECF No. 126 and this case.

Dated: September 23, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge